Brian C. Padgett
1672 Liege Drive
Henderson, Nevada 89012
Telephone: (702) 497-3204
Brian.Padgett@icloud.com

*Plaintiff in Proper Person*

```
_____FILED       _____RECEIVED
_____ENTERED     _____SERVED ON
         COUNSEL/PARTIES OF RECORD

        DEC 29 2021

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT of NEVADA

| | |
|---|---|
| BRIAN C. PADGETT, an Individual | Case No.: 2:21-cv-01388-RFB-EJY |
| Plaintiff, | |
| vs. | |
| ANTHONY FANTICOLA, an Individual, DOE DEFENDANTS I-X, and DOE ENTITIES I-X, | |
| Defendants. | **NOTICE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN:

1. That an **Amended Complaint** has been filed on or about December 29, 2021 in the above entitled court by the above-named Plaintiff against the above-named Defendant, which action is pending.

2. The object of this action and the relief demanded is for declaratory and injunctive relief to quiet title and to establish and determine the claims of the Plaintiff regarding the ownership of the subject real property located at

3. That the real property affected by this action is located in Clark County, Nevada described as follows:

    611 South 6th Street, Las Vegas, Nevada 89101

    Assessor's Parcel No.: 139-34-410-221.

4. That the amount in controversy exceeds Two Million Dollars ($2,000,000.00).

**AFFIRMATION**

Pursuant to NRS 239B.030, I hereby certify the foregoing document does not contain the Social Security number of any person.

DATED this 29TH day of December, 2021

By: _____
BRIAN C. PADGETT
1672 Liege Drive
Henderson, Nevada 89012
Phone: (702) 497-3204

*Plaintiff in Proper Person*